```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

KORREN AND LOYD SAUNDERS, h/w    )
                                 )
     Plaintiffs,                 ) CIVIL ACTION FILE
                                 ) No. 1:11-CV-00538-CAP-GGB
v.                               )
                                 )
FOCUS RECEIVABLES MANAGEMENT, LLC,)
                                 )
     Defendant.                  )
_____)
```

## MUTUAL DISMISSAL WITH PREJUDICE

**NOW COME** Plaintiffs Korren and Loyd Saunders and Defendant Focus Receivables Management, LLC, through their counsel, and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby dismiss with prejudice the above-styled and numbered action, including all claims alleged therein, with each party to bear their respective attorneys' fees, costs and expenses of litigation.

This 28th day of June, 2011.

/s/  Bruce K. Warren
Bruce K. Warren
Admitted *Pro Hac Vice*

Warren & Vullings, LLP
93 Old York Road
Suite 333
Jenkintown, Pennsylvania  19046
Telephone: (215) 745-9800
Facsimile: (215) 745-7880

*Attorneys for Plaintiffs
Korren and Loyd Saunders*

```
                                      /s/Jeffery R. Saxby
                                      Jeffery R. Saxby
                                      Georgia Bar No. 623423
Epstein Becker & Green, P.C.
Resurgens Plaza, Suite 2700
945 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 923-9000
Facsimile: (404) 923-9099

                                      Attorneys for Defendant
```